Troy L. Isaacson, Esq., NV Bar No. 6690
MADDOX ISAACSON & CISNEROS, LLP
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141
Telephone: (702) 366-1900
Facsimile: (702) 366-1999

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@isenberg-hewitt.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SOUZA, | CIVIL ACTION FILE |
| PETITIONER, | NO. 2:17-cv-001924 |
| V. | |
| ELEVATE, INC. | |
| RESPONDENT. | |

**ORDER GRANTING MOTION FOR CUSTODIAN TO CONDUCT DISCOVERY**

Having read and considered the Motion of Custodian John Souza to Conduct Discovery, and the Declaration of counsel and supporting materials, the Court finds that it is necessary for the Custodian to have the ability to subpoena non-parties to obtain the information necessary to carry out the intent and purpose of the Custodianship Order.

Accordingly, the motion is GRANTED, and it is ORDERED that the Custodian may conduct discovery under Federal Rules of Civil Procedure §§ 30 and 34, may issue subpoenas under Federal Rule of Civil Procedure § 45, and if necessary seek relief in the appropriate Court.

IT IS SO ORDERED.

DATED: October 20, 2017

Page -1-

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE