# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN SOUZA, | Case No. 2:17-cv-01924-JAD-CWH |
| Petitioner, | |
| v. | **ORDER** |
| ELEVATE, INC., et al., | |
| Respondents. | |

This matter is before the court on petitioner John Souza's Motion for Contempt, Sanctions, and to Compel Compliance with Petitioner John Souza's Discovery Requests. The motion is docketed as ECF No. 1 in 2:19-cv-00734-JAD-CWH, which was consolidated with this case on June 17, 2019. (Consolidation Order (ECF No. 53).) Nonparty Keleionalani Taylor filed an opposition (ECF No. 8). Souza filed a reply (ECF No. 9) and a supplemental reply (ECF No. 11). Taylor filed a supplemental opposition (ECF No. 15).[1] The court has read and considered the parties' briefs and requests that petitioner and non-party Keleionalani Taylor file a joint status report by July 19, 2019, addressing the following issues:

- Whether there are any remaining documents responsive to Souza's subpoena that have not been produced; and
- What additional discovery in this matter, if any, remains to be completed by Souza.

IT IS SO ORDERED.

DATED: July 12, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] All of the briefs are filed in 2:19-cv-00734-JAD-CWH.