**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOHN SOUZA,<br><br>        Petitioner,<br><br>    v.<br><br>ELEVATE, INC., et al.,<br><br>        Respondents. | Case No. 2:17-cv-01924-JAD-CWH<br><br>**ORDER** |

This matter is before the court on the parties' joint status report (ECF No. 56). The joint status report does not respond to the court's questions as stated in its order (ECF No. 55). By July 26, 2019, the parties must meet and confer and file a joint status report that directly answers the court's questions as follows:

- Whether there are any remaining documents responsive to Souza's subpoena that have not been produced; and
- What additional discovery in this matter, if any, remains to be completed by Souza.

IT IS SO ORDERED.

DATED: July 23, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE