Troy L. Isaacson, Esq., NV Bar No. 6690
MADDOX ISAACSON & CISNEROS, LLP
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141
Telephone: (702) 366-1900
Facsimile: (702) 366-1999

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@isenberg-hewitt.com

Attorneys for Custodian

Shane W. Clayton, NV Bar No. 8783
Durham Jones & Pinegar
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
801-415-3000 (Voice)
801-435-3500 (Fax)
sclayton@djplaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SOUZA<br><br>    PETITIONER,<br><br>V.<br><br>ELEVATE, INC.<br><br>    RESPONDENT.<br><br>AND<br><br>KELEIONALANI TAYLOR<br><br>    NON-PARTY | CIVIL ACTION FILE<br><br>NO. 2:17-cv-01924<br><br>**MOTION TO CONTINUE JOINT STATUS REPORT** |

1

SLC_4370187.1

COMES NOW, John Souza ("Custodian") and files this Motion to Continue the Filing of a Joint Status Report and shows this Court as follows:

1. The Court, disappointed in the parties' joint status report (Doc. 56) entered an Order requiring another whack at it, and that it should be filed by Friday, July 26 (Doc. 57).

2. The undersigned prepared a proposed joint status report directly answering the Court's question to Souza, but learned that counsel for Taylor is out of town and will not return to the office until next week. And, Mr. Clayton's colleague who has been working on the case, but is not licensed in Nevada, is out as his wife is in labor. Accordingly, I am unable to obtain Taylor's input to the Joint Status Report and move for a continuance to file the joint status report through and including Friday, August 2.

Wherefore, Custodian moves for an order allowing the joint status report to be filed no later than Friday, August 2.

Dated this 25th day of July, 2019.

/s/ Ryan Isenberg
Ryan L. Isenberg
Attorney for Custodian

**Certificate of Service**

This is to certify that I have this day filed the within and foregoing Motion to Continue the Joint Status Report upon counsel for the Non-Party Keleionalani Taylor by filing the same using the Court's CM\ECF system, which will generate notice counsel of record.

/s/ Ryan Isenberg

IT IS SO ORDERED.

DATED: Jul 26, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

SLC_4370187.1