# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN SOUZA, | Lead Case No. 2:17-cv-01924-JAD-DJA |
| Petitioner, | Member Case No. 2:19-cv-0734-JAD-DJA |
| v. | **ORDER** |
| ELEVATE, INC., et al., | |
| Respondents. | |

This matter is before the Court on Custodian John Souza's Status Report (ECF No. 62), filed on December 3, 2019. He appears to believe that Petitioner's Motion for Contempt, Sanctions and to Compel is still pending before the Court. However, the Court issued an Order (ECF No. 18) in Member Case No. 2:19-cv-0734-JAD-DJA denying without prejudice Petitioner's Motion (ECF No. 1). Therefore, there is no motion pending before the Court in either the lead case or the member case.

DATED: December 4, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE