# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN SOUZA, | Case No. 2:17-cv-01924-JAD-DJA |
| Petitioner, | |
| v. | **ORDER** |
| ELEVATE, INC., et al., | |
| Respondents. | |

Presently before the Court is Respondent Counsel Shane W. Clayton's Motion to Withdraw as Counsel (ECF No. 69), filed on May 26, 2021.

Pursuant to Local Rule ("LR") IA 11-6, "If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have not been met. No certificate of service was included to verify that notice was given to Elevate, Inc.

IT IS THEREFORE ORDERED that Shane W. Clayton's Motion to Withdraw as Counsel (ECF No. 69) is **denied without prejudice**.

DATED: June 11, 2021.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE