Troy L. Isaacson, Esq., NV Bar No. 6690
9900 Covington Cross Drive, Suite 210B
Las Vegas, Nevada 89144
Telephone: (702) 529-5229

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@isenberg-hewitt.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SOUZA<br><br>        PETITIONER,<br><br>V.<br><br>ELEVATE, INC.<br><br>        RESPONDENT. | CIVIL ACTION FILE<br><br>NO. 2:17-cv-01924 |

**REPORT FROM CUSTODIAN**

   COMES NOW, John Souza ("Custodian") and files this Report, and shows this Court as follows since the filing of the last report:

1. As the Court may recall from previous filings, in late 2017, Souza served a subpoena on former Elevate CEO Wright Thurston by certified mail.
2. On May 16, 2022, the Magistrate in the District of Utah granted the Custodian's Motion to Compel which had been filed in 2018. [Doc 34].
3. Today, July 10, 2023, the District Court overruled Thurston's objection and instructed him to produce the documents within thirty days. [Doc. 63 (no document)]. Hopefully there will be no appeal.

   Respectfully submitted this the 10th day of July, 2023.

                                             /s/ Ryan Isenberg