Troy L. Isaacson, Esq., NV Bar No. 6690
9900 Covington Cross Drive, Suite 210B
Las Vegas, Nevada 89144
Telephone: (702) 529-5229

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@isenberg-hewitt.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SOUZA | CIVIL ACTION FILE |
| PETITIONER, | NO. 2:17-cv-01924 |
| V. | |
| ELEVATE, INC. | |
| RESPONDENT. | |

**REPORT FROM CUSTODIAN**

COMES NOW, John Souza ("Custodian") and files this Report, and shows this Court as follows since the filing of the last report:

1. The custodian was finally able to get former Elevate CEO Wright Thurston subpoenaed for a deposition to be examined about what happened with certain assets of the company.
2. Counsel for Thurston and the undersigned have conferred and anticipate scheduling the deposition for late January.
3. Absent some further dispute that arises from the deposition, the Custodian hopes that once the deposition is concluded he will be in a position to wind down the custodianship.

Respectfully submitted this the 14th day of November, 2023.

/s/ Ryan Isenberg